# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| BETSY ACKERSON ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:17-cv-00011-NKM |
| THE RECTOR AND VISTORS OF UVA ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Rector and Visitors of the University of Virginia.

Date: 07/03/2018

/s/ Jimmy F. Robinson
*Attorney's signature*

Jimmy F. Robinson, Jr. (VSB No. 43622)
*Printed name and bar number*

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Riverfront Plaza-West Tower
901 East Byrd St., Suite 1300
Richmond, Virginia 23219
*Address*

jimmy.robinson@ogletreedeakins.com
*E-mail address*

(804) 663-2336
*Telephone number*

(804) 225-8641
*FAX number*

# CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Adam Augustine Carter (VSB #32722)
acarter@employmentlawgroup.com
R. Scott Oswald (VSB #41770)
soswald@employmentlawgroup.com
Andrew Dylan Howell (VSB #90799)
dhowell@employmentlawgroup.com
The Employment Law Group, P.C.
888 17th Street, 9th Floor
Washington, D.C. 20006
Telephone: 202.261.2803

Counsel for Plaintiff

/s/ Jimmy F. Robinson, Jr.
Jimmy F. Robinson, Jr. (VSB No. 43622)
Jimmy.robinson@ogletreedeakins.com
Elizabeth M. Ebanks (VSB No. 72111)
elizabeth.ebanks@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK AND STEWART, P.C.
Riverfront Plaza—West Tower
901 East Byrd Street, Suite 1300
Richmond, VA 23219
Telephone: 804.663.2330
Facsimile: 804.225.8641

Counsel for Defendants The Rector
And Visitors of the University of Virginia

34675235.1