CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED
08/22/2018
JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **BETSY ACKERSON,**<br><br>                      **Plaintiff,**<br>v.<br><br>**THE RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA,**<br><br>                      **Defendants.** | Civil Action: 3:17-cv-00011-NKM |

## ORDER

Upon review of the Parties' Joint Motion to Stay Proceedings and Retain Jurisdiction for Sixty Days, and for good cause shown, it is hereby ORDERED that:

1. The Parties' Joint Motion to Stay Proceedings and Retain Jurisdiction shall be GRANTED;

2. All proceedings in this case shall be further stayed for a period of sixty days;

3. The Court retains jurisdiction generally over the Parties; and

4. The Parties shall file a Joint Stipulation of Dismissal in accordance with the terms of the Settlement Agreement.

ENTERED: August 22, 2018

                                                                               /s/ Joel C. Hoppe
                                                               The Honorable Joel C. Hoppe
                                                               United States Magistrate Judge