# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

| | |
|---|---|
| **BETSY ACKERSON,**<br><br>        **Plaintiff,**<br> v.<br><br>**THE RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA,**<br><br>        **Defendants.** | **Civil Action: 3:17-cv-00011-NKM** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

  Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Betsy Ackerson and Defendants The Rector and Visitors of the University of Virginia, as evidenced by the respective signatures of counsel below, STIPULATE AND AGREE that Plaintiff's Complaint, including any and all amendments thereto, and any and all claims and causes of action, are hereby dismissed *with prejudice* as to all parties, with each party to bear her or their own costs and attorneys' fees.

                       Respectfully submitted,

                         /s/ Adam Augustine Carter
                     R. Scott Oswald, VA Bar #41770
                     Adam Augustine Carter, VA Bar #32722
                     Andrew D. Howell, VA Bar #90799
                     *Counsel for Plaintiff Betsy Ackerson*
                     The Employment Law Group, P.C.
                     888 17th Street, NW, 9th Floor
                     Washington, D.C. 20006
                     (202) 261-2803
                     (202) 261-2835 (facsimile)
                     soswald@employmentlawgroup.com
                     acarter@employmentlawgroup.com
                     dhowell@employmentlawgroup.com

/s/
Elizabeth M. Ebanks, Esq.
Nancy S. Lester, Esq.
Jimmy F. Robinson, Esq.
Ogletree, Deakins, Nash, Smoak
& Stewart, P.C.
Riverfront Plaza – West Tower
901 East Byrd Street, Suite 1300
Richmond, Virginia 23219
804-663-2334
elizabeth.ebanks@ogletree.com
nancy.lester@ogletree.com
jimmy.robinson@ogletree.com
*Counsel for Defendants The Rector and Visitors of The University of Virginia*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2018, I electronically filed the foregoing with the Court using the CM/ECF system, which served a copy on the following:

Elizabeth M. Ebanks, Esq.
Nancy S. Lester, Esq.
Jimmy F. Robinson, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Riverfront Plaza – West Tower
901 East Byrd Street, Suite 1300
Richmond, Virginia 23219
804-663-2334
elizabeth.ebanks@ogletree.com
nancy.lester@ogletree.com
jimmy.robinson@ogletree.com
*Counsel for Defendants The Rector and Visitors of The University of Virginia*

/s/ Adam Augustine Carter
Adam Augustine Carter, VA Bar #32722
*Counsel for Plaintiff Betsy Ackerson*
The Employment Law Group, P.C.
888 17th Street, NW, 9th Floor
Washington, D.C. 20006
(202) 261-2803
(202) 261-2835 (facsimile)
acarter@employmentlawgroup.com